Certificate Number: 02910-FLS-DE-010358765

Bankruptcy Case Number: 09-24853

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on March 23, 2010, at 7:17 o'clock PM EDT, Chastity Harris completed a course on personal financial management given by internet and telephone by InCharge Education Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: March 23, 2010

By /s/Jovan Jones

Name Jovan Jones

Title Certified Bankruptcy Counselor